UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-24437-CIV-MORENO

ANA GLORIA DIAZ,

    Plaintiff,

vs.

NANCY A. BERRYHILL, *Acting Deputy Commission of Social Security Administration*,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE LOUIS'S REPORT AND RECOMMENDATION AND ORDER REVERSING ADMINISTRATIVE LAW JUDGE'S DECISION AND REMANDING FOR FURTHER PROCEEDINGS

THE MATTER was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on the Plaintiff's Motion for Summary Judgment and the Defendant's Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment **(D.E. 28–29)**. The Magistrate Judge filed a Report and Recommendation **(D.E. 31)** on <u>**February 27, 2020**</u>. The Court has reviewed the entire file and record. The Court notes that no objections were filed and the time for doing so has passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is also

**ADJUDGED** that the Defendant's Motion for Summary Judgment is **DENIED**, and the Plaintiff's Motion for Summary Judgment is **GRANTED IN PART** such that the Administrative Law Judge's decision is **REVERSED** and **REMANDED** with instructions, consistent with the reasons explained in the Report and Recommendation, to give proper weight to Dr. Aguilera's

opinions and to reassess steps 3–5 of the Social Security Administration's sequential evaluation process.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _19_ of March 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lauren F. Louis

Counsel of Record